1   **Alexander B. Trueblood**, Cal. Bar No. 150897
    Email: AbtLaw@Earthlink.net
2   TRUEBLOOD LAW FIRM
    10940 Wilshire Boulevard, Suite 1600
3   Los Angeles, California 90024
    Telephone (310) 443-4139; Fax (310) 234-4023
4
5   **Robert Stempler**, Cal. Bar No. 160299          E-Filed: 8/18/08 – JS-6
    Email: StemplerLaw@Gmail.com
6   CONSUMER AND TAX LAW OFFICE OF
    ROBERT STEMPLER, APLC
7   3400 Inland Empire Boulevard, Suite 101
    Ontario, California 91764-5577
8   Telephone (909) 972-6841; Fax (909) 433-2132

9   Co-Counsel for Plaintiff SHELDON BUTLER

10  **Michael R. Simmonds**, Cal. Bar No. 96238
    **Tomio B Narita**, Cal. Bar No. 156576
11  **Jeffrey A. Topor**, Cal. Bar No. 195545
    SIMMONDS & NARITA, LLP
12  44 Montgomery Street, Suite 3010
    San Francisco, CA 94104-4811
13  Telephone (415) 283-1000
    Facsimile (415) 352-2625
14  Email: NSimmons@SNLLP.com
    Email: TNarita@SNLLP.com
15  Email: JTopor SNLLP.com

16  Counsel of Record for Defendant
        RESURGENCE FINANCIAL, LLC
17

18          UNITED STATES DISTRICT COURT

19          CENTRAL DISTRICT OF CALIFORNIA

20  SHELDON BUTLER,                    )   Case Number 2:07-cv-03919 GHK (Ex)
                                       )
21          Plaintiff,                 )   **ORDER DISMISSING ENTIRE**
                                       )   **ACTION WITH PREJUDICE**
22      vs.                            )   **PURSUANT TO STIPULATION**
                                       )
23  RESURGENCE FINANCIAL,              )
    LLC; et al.;                       )
24                                     )
            Defendants.                )
25                                     )
    _____)
26

27  ///

28  ///

- 1 -

1      Pursuant to the stipulation of the parties, IT IS ORDERED THAT the entire

2   action is dismissed with prejudice. Any hearings presently scheduled are,

3   effective immediately, taken off calendar.

4      **IT IS SO ORDERED**.

5

6   Dated:   08/17/08

7      _____
       GEORGE H. KING
       United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28